UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20038-LENARD

UNITED STATES OF AMERICA

vs.

MELINA PIERRE-LOUIS,

　　Defendant.

_____/

## UNITED STATES' MOTION FOR SENTENCE REDUCTION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves for a forty percent (40%) reduction in the sentence of defendant, MELINA PIERRE LOUIS, pursuant to Federal Rule of Criminal Procedure 35, in order to reflect her substantial assistance in the prosecution of others. PIERRE-LOUIS has provided substantial assistance to the government, the circumstances of which can be detailed for the Court at a hearing on this matter.

Accordingly, the United States moves this Court for a reduction in PIERRE-LOUIS' sentence, and requests a hearing on the matter.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY:　  */s/ Cristina M. Moreno*
Assistant United States Attorney
Florida Bar No.41687
United States Attorney's Office
99 N. E. 4th Street, 8th Floor
Miami, Florida 33132-2111
(305) 961-9180 (PH)/(305) 536-4676 (FAX)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 18, 2017, and a copy was provided to counsel of record, Richard Serafini, by that means.

/s/ Cristina M. Moreno
Assistant United States Attorney