UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20038-CR-LENARD

**UNITED STATES OF AMERICA**,
    Plaintiff,

vs.

**MELINA PIERRE-LOUIS,**
    Defendant.
_____/

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING AMENDED ORDER OF JUDGMENT AND COMMITMENT

THIS MATTER having come before the Court upon the Government's Motion to Reduce Sentence imposed as to Defendant **Melina Pierre-Louis** pursuant to Rule 35, Federal Rules of Criminal Procedure, as amended. The Court having reviewed said motion and the reasons advanced therein and the Court being fully advised as to the facts and circumstances of this case; the Court finds that the defendant has provided substantial assistance in the investigation or prosecution of criminal conduct pursuant to Rule 35. Therefore it is

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence is Granted. It being further,

**ORDERED** that the Order of Judgment entered on 1/20/17 is hereby AMENDED, as follows: The defendant's term of imprisonment is reduced to **time served.** Upon release from imprisonment the defendant shall be placed on home detention with electronic monitoring for a period **12 months.** During this time, the defendant shall remain at his/her place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding,' 'call waiting,' a modem, 'caller ID,' or 'call back/call block' services for the above period. The defendant shall wear an electronic monitoring device and follow

the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

It is

      **FURTHER ORDERED AND ADJUDGED** that all other provisions of the Judgment and Commitment Order entered on 1/20/17 shall remain in full force and effect.

      **DONE AND ORDERED** in chambers at the United States District Courthouse in Miami, Florida this 22nd day of May, 2017.

                                                    JOAN A. LENARD
                                                    UNITED STATES DISTRICT JUDGE